# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| EBONI KEYES, on behalf of herself and all others similarly situated, ) ) ) | CASE NO. 1:17 CV 1823 |
| Plaintiffs, ) ) | JUDGE DAN AARON POLSTER |
| vs. ) ) ) | **MINUTES OF TELECONFERENCE** |
| GOOD HANDS HOME CARE & ADULT SERVICES LLC, ) ) ) | and **STIPULATED DISMISSAL WITHOUT PREJUDICE** |
| Defendant. ) | |

The Court held a scheduled teleconference on February 27, 2018 with Attorney Lori Griffin for Plaintiffs and Defendant's representative Ronisha Sparks. At that time, Attorney Griffin reported that she found a paucity of evidence of overtime violations in the records Defendant produced, and decided to dismiss the case without prejudice. After the Court explained to Ms. Sparks how a dismissal without prejudice works, Ms. Sparks agreed to the dismissal.

Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

 */s/ Dan A. Polster     February 27, 2018*
 **Dan Aaron Polster**
 **United States District Judge**